# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN BARON and JOEL MILLET,<br><br>Plaintiffs,<br><br>v.<br><br>iFIT HEALTH AND FITNESS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 22-cv-1304-JHS |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs John Baron and Joel Millett and Defendant iFIT Health and Fitness, Inc. hereby stipulate and agree to the voluntary dismissal of the individual claims of John Baron and Joel Millet against Defendant iFIT Health and Fitness, Inc. with prejudice, and with each party to bear its own attorneys' fees and costs. The parties respectfully request that the Clerk of Court close the docket.

**STIPULATED AS TO FORM AND ENTRY:**

| | |
|---|---|
| Dated: August 22, 2024 | Respectfully submitted, |
| */s/ Michael J. Farnan*<br>Michael J. Farnan (No. 5165)<br>Farnan LLP<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: 302-777-0338<br>Facsimile: 302-777-0301<br>mfarnan@farnanlaw.com<br><br>*Attorney for Plaintiffs* | By: */s/ Christopher Viceconte*<br>Christopher Viceconte (No. 5568)<br>Gibbons P.C.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>(302) 518-6322<br>cviceconte@gibbonslaw.com<br><br>*Attorneys for Defendant* |

Approved
September 5, 2024

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.